ALAN J. KARCHER *ET AL.*, PLAINTIFFS-APPELLANTS, v. BRENDAN T. BYRNE *ET AL.*, DEFENDANTS-RESPONDENTS.

GAWRON'S INC., PLAINTIFF-APPELLANT, v. BRENDAN T. BYRNE *ET AL.*, DEFENDANTS-RESPONDENTS

Superior Court of New Jersey
Appellate Division

Argued March 13, 1978—Decided March 28, 1978.

Before Judges MICHELS, PRESSLER and BILDER.

*Mr. Alan J. Karcher* argued the cause for the appellants (*Messrs. Karcher, Reavey & Karcher,* attorneys).

*Mr. Alfred E. Ramey, Jr.,* Deputy Attorney General, argued the cause for the respondents (*Mr. John J. Degnan,* Attorney General of New Jersey, attorney; *Mr. William F. Hyland,* former Attorney General of New Jersey, and *Ms. Erminie L. Conley,* Deputy Attorney General, of counsel).

PER CURIAM. The summary judgments of the Superior Court, Law Division, in these consolidated matters are affirmed substantially for the reasons set forth by Judge Cohen in his opinion, which is reported at 146 *N. J. Super.* 532 (Law Div. 1977).